764 A.2d 1053

CITY OF ALLENTOWN, Respondent,

v.

MSG ASSOCIATES, INC., Petitioner.

Supreme Court of Pennsylvania.

Dec. 19, 2000.

## ORDER

PER CURIAM:

AND NOW, this 19th day of December, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Does the Allentown Business Privilege Tax Ordinance's taxation of service-related businesses at a higher rate than sellers of goods violate the Uniformity Clause (Article VIII, Section 1) of the Pennsylvania Constitution?